# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEJANDRO COSTA, ET AL.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:14-CV-00679-RJL |
| ) | |
| **TABLE DC, LLC, D/B/A TABLE, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to (1) plaintiffs' dismissal of this action against all defendants with prejudice, each side to bear its own costs and attorneys' fees; and (2) that this Court shall retain jurisdiction to enforce the terms of the settlement agreement among the parties as it pertains to this action only.

DATED:  July   10  , 2014

| | |
|---|---|
| **THE GOWEN GROUP** | **THE VERITAS LAW FIRM** |
| /s/ F. Peter Silva II | /s/ |
| F. Peter Silva II, Esq. [1010483] | Scott H. Rome, Esq. [476677] |
| William J. Phelan, Esq. [983139] | Stephen J. Whelan, Esq. [1010351] |
| 1015 15th Street N.W., Suite 1110 | 1225 19th Street N.W., Suite 320 |
| Washington, D.C. 20005 | Washington, D.C. 20036 |
| T: (202) 380-9355 | T: (202) 686-7600 |
| peter.silva@gowengroup.com | srome@theveritaslawfirm.com |
| Attorney for Plaintiffs | Attorney for Defendants |